IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE B. FINKEL, CHAPTER 7 TRUSTEE : | |
| OF ABBY PERRY-HARTMAN : | CIVIL ACTION |
| : | |
| v. : | |
| : | NO. 17-4732 |
| THE PRUDENTIAL INSURANCE : | |
| COMPANY OF AMERICA : | |

## ORDER

**AND NOW**, this 11th day of October, 2018, upon consideration of Defendant's Motion to Compel Discovery (Doc. No. 23), Plaintiff's Response in Opposition to the Motion (Doc. No. 25), Defendant's Letter Reply to the Response, and having had a telephonic conference with counsel, **IT IS HEREBY ORDERED** that the Motion is GRANTED in Part and DENIED in part, as follows:

1. Within five (5) days of the date of this Order, Plaintiff shall provide the following:

    (a) All medical and psychotherapy authorizations responsive to Prudential's Interrogatories Nos. 6, 7, and 8, including authorizations without time restrictions for Dr. Catherine Kaplan and Dr. Elva DeGeorge, and a supplemental verification; and

    (b) Full and complete supplemental responses to Prudential's Interrogatories 11, 12 and 13 with specific responsive documents or portions of documents referenced by bates-stamp and a supplemental verification.

2. Defendant's request for fees in connection with this motion is hereby denied.

BY THE COURT

/s/ Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE