**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABBY PERRY-HARTMAN,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 17-cv-4732** |
| | : | |
| **THE PRUDENTIAL INSURANCE COMPANY** | : | |
| **OF AMERICA,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this ___20TH___ day of July, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 37), Plaintiff's Response thereto (ECF No. 42), and Defendant's Reply in Support (ECF No. 45), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.   The Court grants summary judgment in favor of Defendant on Plaintiff's retaliation, failure to accommodate and hostile work environment claims and on Defendant's after-acquired evidence defense.   The Court denies summary judgment on Plaintiff's discrimination claim.

BY THE COURT:

  /s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge